■ In the Matter of JOAN ANDERSON et al., Appellants, v CORTLAND CITY SCHOOL DISTRICT et al., Respondents.—Judgment unanimously affirmed without costs. Memorandum: We agree for the reasons stated in the decision of Supreme Court, Onondaga County (Hurlbutt, J.), that the position of teaching assistant is not included within the meaning of the word "teacher" as used in Education Law § 3014-b. (Appeal from Judgment of Supreme Court, Onondaga County, Hurlbutt, J.—Article 78.) Present—Dillon, P. J., Boomer, Green, Lowery and Davis, JJ. *[See,* 147 Misc 2d 7.]